# Law Firm of Steven M. Warshawsky

www.warshawskylawfirm.com

Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118

Tel: (212) 601-1980
Fax: (212) 601-2610
Email: smw@warshawskylawfirm.com

*[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12/17/19]*

December 17, 2019

*[handwritten: 12/17/19]*

**VIA ELECTRONIC CASE FILING**

*[stamp: MEMO ENDORSED]*

Hon. Colleen McMahon
United States Courthouse
Southern District of New York
500 Pearl Street, Rm. 2550
New York, NY 10007
(212) 805-6325

*[handwritten: adjourn conference to March 6, 2020 @ 10:00 am. Colleen McMahon]*

Re:   Raymond Karlin v. City of New York
      Case No. 19-CV-8151 (CM) (SDNY)

Dear Judge McMahon:

I represent the plaintiff, Raymond Karlin, in the above-referenced Title VII case. This case has been ordered to participate in the SDNY mediation program, pursuant to the Second Amended Standing Administrative Order M10-468 (see ECF 12). The mediation has been scheduled for February 12, 2020. Accordingly, I am writing on behalf of both parties to request that the initial conference, currently scheduled for January 10, 2019, be adjourned sine die, pending the outcome of the mediation. The parties believe that allowing the mediation process to be completed before holding the initial conference and proceeding with discovery would be in the best interest of judicial economy, and presents the best chance of an early resolution to this case. We propose contacting the Court within five days after the mediation, if unsuccessful, to reschedule the initial conference. I have conferred with defense counsel, Assistant Corporation Counsel Ivan Mendez, and he consents to this letter.

Thank you for your time and consideration.

Respectfully submitted,

*Steven M. Warshawsky*

Steven M. Warshawsky (SW 5431)

cc: Ivan Mendez, Esq. (via ECF)